`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

LANE, JERRY D.                                    Case No. 00-30115
                     Debtor(s)

## MOTION TO TRANSFER BALANCE TO REGISTRY FUND

 Comes now Norman E. Rouse, Trustee and states that there is on deposit in The Bank of New York Mellon to the credit of the above captioned estate, the sum of $ 1,017.97.

 The sum of $ 1,017.97 is from funds that were returned to the trustee by Empire Funding Corporation  the check that was never cashed.

 Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 1,017.97 constituted by the following

 Empire Funding Corporation   $ 1017.97

      /s/ Norman E. Rouse
_____ Norman E. Rouse, Trustee